Luther Oneal Sutter, Harrill & Sutter, Benton, AR, for Appellant.

Sarah James, Associate General Counsel University of Arkansas Office of General Counsel, Little Rock, AR, for Appellees.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Betty Marie Drye appeals the district court's[1] adverse grant of summary judgment, and the court's denial of her motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). Upon careful de novo review, this court finds no basis for reversing the summary judgment decision. *See Wierman v. Casey's Gen. Stores,* 638 F.3d 984, 993 (8th Cir.2011) (standard for reviewing summary judgment decision). This court further concludes that the district court did not clearly abuse its discretion in denying Drye's Rule 59(e) motion. *See United States v. Metro. St. Louis Sewer Dist.,* 440 F.3d 930, 933 (8th Cir.2006) (standard for reviewing denial of Rule 59(e) motion).

This court affirms. *See* 8th Cir. R. 47B.

**Spencer PIERCE, Appellant,**

v.

**John BALDWIN, Director of the Iowa Department of Corrections, Appellee.**

No. 11–2421.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2012.

Filed: May 8, 2012.

Eastern District of Arkansas.

Spencer Pierce, Ely, NV, pro se.

William Allen Hill, Assistant Attorney General, Attorney General's Office, Des Moines, IA, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate Spencer Pierce appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.